IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVEN W. McRAVEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06cv0489 |
| v. ) | Judge Thomas A. Wiseman, Jr. |
| ) | |
| MICHAEL J. ASTRUE,[1] ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### ORDER of FINAL JUDGMENT

This civil action was filed pursuant to 42 U.S.C. § 405(g), seeking judicial review of the final decision of the Commissioner of Social Security that Plaintiff was not disabled and denying Plaintiff Disability Insurance Benefits ("DIB"), as provided under the Social Security Act ("the Act"), as amended. Currently before the Court is Plaintiff's Motion for Judgment on the Administrative Record. (Doc. No. 9.) Defendant has filed a Response, arguing that the decision of the Commissioner was supported by substantial evidence and should be affirmed. (Doc. No. 16.) Plaintiff has filed a Reply reiterating his arguments. (Doc. No. 21.)

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the Commissioner's decision is supported by substantial evidence, and that the record supports a finding that Plaintiff is not disabled within the definition of the Social Security Act. Consequently, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 9) is hereby **DENIED** and the decision of the Commissioner is **AFFIRMED**. Judgment is entered in favor of the Commissioner and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final appealable judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).